EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 433-2018-01207 |

and EEOC

*State or local Agency, if any*

| Name (*indicate Mr., Ms., Mrs.*) | Home Phone | Year of Birth |
|---|---|---|
| Lynette Clements | (252) 536-8991 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 105 Windmere Ct, ROCKY, NC 27803 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| TOWN OF SHARPSBURG 'POLICE DEPARTMENT' | 15 - 100 | (252) 977-1334 |

| Street Address | City, State and ZIP Code |
|---|---|
| 100 John J Sharpe Street, SHARPSBURG, NC 27878 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-11-2018  Latest: 01-11-2018
[ ] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I. On January 11, 2018, I was discharged from the position of Lieutenant. I was hired by Respondent in December 2014. Respondent employs more than fifteen (15) person. II. Through my attorney, I was informed that I was discharged for failing to take evidence to the SBI lab on time -which would have been back in May 2017. Also, I was placed on administrative duty with pay a few days after September 8, 2017, because when I was sent to a fitness for duty test, a few days earlier, I wrote in the form that I was not participating voluntarily but was being made to do so by the Chief, John Hunt, and refused to change it. I did sign the fit for duty request and REMOVED the statement that I did Not volunteer as required I passed and was later sent for a Psychological evaluation in which I passed. III. I believe that I have been retaliated against for filing EEOC Charge Number: 433-2017-03171 in violation of Title VII of the Civil Rights Act of 1964, as amended, and because of my disability in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

**Digitally signed by Lynette Clements on 05-09-2018 07:46 PM EDT**

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

Case 5:18-cv-00573-FL   Document 1-1   Filed 11/28/18   Page 1 of 1